UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:06-cr-508-T-23MAP

BIBI SHANAZ LALL
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The defendant moved (Doc. 19) to suppress statements and requested a hearing. The court referred (Doc. 20) the matter to Magistrate Judge Pizzo, who conducted a hearing and issued his report and recommendation (Doc. 48). No party filed objections to the report and recommendation.

Having examined the papers and reviewed Magistrate Judge Pizzo's report and recommendation, the court adopts the report and recommendation. The motion to suppress (Doc. 19) is **DENIED.**

ORDERED in Tampa, Florida, on May 23, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE